# SEYMOUR DECLARATION

*Cengage Learning, Inc., et al.*
*v.*
*Doe 1 d/b/a binghfran, et al.*

# EXHIBIT 1

SEYMOUR DECLARATION - EXHIBIT 1
**COUNTERFEIT BOOKS PURCHASED FROM DEFENDANTS' STOREFRONTS**

| PTFS' BOOK ID | MARKETPLACE | STOREFRONT | ISBN | PUBLISHER | TITLE | TRANSACTION DATE | ORDER ID |
|---|---|---|---|---|---|---|---|
| 9851 | Amazon | - Buyback Express - | 9781259870460 | MCGRAW-HILL | Infants, Toddlers, and Caregivers, 11th ed. | 2/22/18 | 112-6963126-9459466 |
| 12892 | Amazon | - Buyback Express - | 9781285419008 | CENGAGE | The Social Worker and Psychotropic Medication, 4th ed. | 4/25/18 | 112-0265941-6719403 |
| 266 | Amazon | -Buyback Express- | 9781285419008 | CENGAGE | The Social Worker and Psychotropic Medication, 4th ed. | 5/18/17 | 113-6531240-9053823 |
| 572 | Amazon | -Buyback Express- | 9781285419008 | CENGAGE | The Social Worker and Psychotropic Medication, 4th ed. | 5/31/17 | 111-6467683-2897007 |
| 974 | Amazon | -Buyback Express- | 9780077861803 | MCGRAW-HILL | Intimate Relationships, 7th ed. | 6/5/17 | 113-5164207-0965033 |
| 1734 | Amazon | -Buyback Express- | 9780133579499 | PEARSON | Effective Writing: A Handbook for Accountants, 10th ed. | 6/8/17 | 113-3970934-1955438 |
| 3324 | Amazon | -Buyback Express- | 9780133579499 | PEARSON | Effective Writing: A Handbook for Accountants, 10th ed. | 7/11/17 | 112-1309729-3269022 |
| 14679 | eBay | *gopeachy* | 9781305670389 | CENGAGE | At Risk Youth, 6th ed. | 6/13/18 | 183061474465 |
| 13013 | eBay | *gopeachy* | 9781305670389 | CENGAGE | At Risk Youth, 6th ed. | 4/27/18 | 183061474465 |
| 14412 | eBay | *gopeachy* | 9781305670389 | CENGAGE | At Risk Youth, 6th ed. | 6/11/18 | 183061474465 |
| 14411 | eBay | *gopeachy* | 9781305261105 | CENGAGE | Basics Of Research Methods For Criminal Justice And Criminology, 4th ed. | 6/11/18 | 183061381409 |
| 14413 | eBay | *gopeachy* | 9781305263727 | CENGAGE | Theory And Practice Of Counseling And Psychotherapy, 10th ed. | 6/11/18 | 192469446758 |
| 15797 | eBay | *gopeachy* | 9781259545474 | MCGRAW-HILL | Essentials Of Contemporary Management, 7th ed. | 7/9/18 | 192489821482 |
| 14719 | eBay | *gopeachy* | 9781259870460 | MCGRAW-HILL | Infants, Toddlers, and Caregivers, 11th ed. | 6/14/18 | 183251212810 |
| 15808 | eBay | *gopeachy* | 9780077861896 | MCGRAW-HILL | Methods In Behavioral Research, 12th ed. | 7/9/18 | 173217090540 |
| 13011 | eBay | *gopeachy* | 9780073404226 | MCGRAW-HILL | Privilege, Power and Difference, 3rd ed. | 4/27/18 | 192476267644 |
| 15796 | eBay | *gopeachy* | 9780133919783 | PEARSON | Financing Education In A Climate Of Change, 12th ed. | 7/9/18 | 192535952596 |
| 15800 | eBay | *gopeachy* | 9780133741322 | PEARSON | Practical Research: Planning and Design , 11th ed. | 7/9/18 | 183127353660 |
| 15802 | eBay | *gopeachy* | 9780133905427 | PEARSON | School Law and the Public Schools: A Practical Guide for Educational Leaders, 6th ed. | 7/9/18 | 192476267644 |
| 15373 | eBay | *gopeachy* | 9780133905427 | PEARSON | School Law and the Public Schools: A Practical Guide for Educational Leaders, 6th ed. | 6/26/18 | 183232134946 |
| 10455 | eBay | *gopeachy* | 9780134380919 | PEARSON | Public Speaking: An Audience-Centered Approach, 10th ed. | 3/22/18 | 173147185335 |
| 9759 | eBay | 2010sevenseas | 9780134163741 | PEARSON | Criminal Behavior: A Psychological Approach, 11th ed. | 2/20/18 | 292444684390 |
| 15688 | eBay | actuelfoto3 | 9781305642355 | CENGAGE | Assessment In Special And Inclusive Education, 13th ed. | 7/6/18 | 132660585234 |
| 15692 | eBay | actuelfoto3 | 9781285161594 | CENGAGE | Effective Helping: Interviewing and Counseling Techniques , 8th ed. | 7/6/18 | 132576945972 |
| 15691 | eBay | actuelfoto3 | 9781305633810 | CENGAGE | Essentials Of Physical Anthropology, 10th ed. | 7/6/18 | 132576942049 |
| 15690 | eBay | actuelfoto3 | 9781259291821 | MCGRAW-HILL | The Macro Economy Today, 14th ed. | 7/6/18 | 132576945969 |
| 9709 | eBay | actuelfoto3 | 9780134163741 | PEARSON | Criminal Behavior: A Psychological Approach, 11th ed. | 2/20/18 | 132508583703 |
| 9708 | eBay | actuelfoto3 | 9780134477596 | PEARSON | Criminalistics: An introduction to Forensic Science, 12th ed. | 2/20/18 | 132506894275 |
| 14128 | eBay | actuelfoto3 | 9780133919783 | PEARSON | Financing Education In A Climate Of Change, 12th ed. | 6/7/18 | 132614947085 |
| 14810 | eBay | actuelfoto3 | 9780134380919 | PEARSON | Public Speaking: An Audience-Centered Approach, 10th ed. | 6/14/18 | 132659555126 |

SEYMOUR DECLARATION - EXHIBIT 1
COUNTERFEIT BOOKS PURCHASED FROM DEFENDANTS' STOREFRONTS

| PTFS' BOOK ID | MARKETPLACE | STOREFRONT | ISBN | PUBLISHER | TITLE | TRANSACTION DATE | ORDER ID |
|---|---|---|---|---|---|---|---|
| 15429 | eBay | actuelfoto3 | 9780134380919 | PEARSON | Public Speaking: An Audience-Centered Approach, 10th ed. | 6/27/18 | 132664773038 |
| 13041 | eBay | actuelfoto3 | 9780134606996 | PEARSON | Using MIS, 10th ed. | 4/27/18 | 132576945976 |
| 15430 | eBay | actuelfoto3 | 9780134606996 | PEARSON | Using MIS, 10th ed. | 6/27/18 | 132666042048 |
| 16522 | eBay | alejmor81 | 9781305642355 | CENGAGE | Assessment In Special And Inclusive Education, 13th ed. | 7/15/18 | 283042319825 |
| 16172 | eBay | alejmor81 | 9781305087330 | CENGAGE | Essentials of Intentional Interviewing: Counseling in a Multicultural World , 3rd ed. | 7/11/18 | 283042265923 |
| 16194 | eBay | alejmor81 | 9781305087309 | CENGAGE | Group Counseling: Strategies And Skills, 8th ed. | 7/11/18 | 283042270368 |
| 16160 | eBay | alejmor81 | 9781305076518 | CENGAGE | Looking Out, Looking In, 15th ed. | 7/11/18 | 283042268651 |
| 16169 | eBay | alejmor81 | 9781305101968 | CENGAGE | Program Evaluation: An Introduction to an Evidence-Based Approach , 6th ed. | 7/11/18 | 283042286602 |
| 16178 | eBay | alejmor81 | 9781305101944 | CENGAGE | Promoting Community Change: Making It Happen In The Real World, 6th ed. | 7/11/18 | 283042338203 |
| 16196 | eBay | alejmor81 | 9781305101937 | CENGAGE | Psychopathology: A Competency Based Assesment Model For Social Workers, 4th ed. | 7/11/18 | 283042322715 |
| 16182 | eBay | alejmor81 | 9780073534343 | MCGRAW-HILL | Effective Group Discussion, Theory And Practice, 14th ed. | 7/11/18 | 283042294050 |
| 16171 | eBay | alejmor81 | 9780077862466 | MCGRAW-HILL | Essentials Of Negotiation, 6th ed. | 7/11/18 | 283042290752 |
| 16175 | eBay | alejmor81 | 9780077861896 | MCGRAW-HILL | Methods In Behavioral Research, 12th ed. | 7/11/18 | 283042272326 |
| 16195 | eBay | alejmor81 | 9780073373843 | MCGRAW-HILL | Programmable Logic Controllers, 5th ed. | 7/11/18 | 283042351543 |
| 16177 | eBay | alejmor81 | 9780134548623 | PEARSON | Criminal Justice: A Brief Introduction, 12th ed. | 7/11/18 | 283042231325 |
| 16165 | eBay | alejmor81 | 9780132852159 | PEARSON | Curriculum Leadership: Readings for Developing Quality Educational Programs, 10th ed. | 7/11/18 | 283042326607 |
| 16186 | eBay | alejmor81 | 9780134479255 | PEARSON | Economics Today: The Micro View, 19th ed. | 7/11/18 | 283042300717 |
| 16185 | eBay | alejmor81 | 9780205249008 | PEARSON | Essentials Of Family Therapy, 6th ed. | 7/11/18 | 283042222764 |
| 16183 | eBay | alejmor81 | 9780133919783 | PEARSON | Financing Education In A Climate Of Change, 12th ed. | 7/11/18 | 283042318072 |
| 16193 | eBay | alejmor81 | 9780133848809 | PEARSON | Human Resource Management, 14th ed. | 7/11/18 | 283042309329 |
| 16167 | eBay | alejmor81 | 9780133351927 | PEARSON | Implementing Change: Patterns, Principles, and Potholes, 4th ed. | 7/11/18 | 283042263709 |
| 16159 | eBay | alejmor81 | 9780133741322 | PEARSON | Practical Research: Planning and Design , 11th ed. | 7/11/18 | 283042281385 |
| 16174 | eBay | alejmor81 | 9780134380919 | PEARSON | Public Speaking: An Audience-Centered Approach, 10th ed. | 7/11/18 | 283042204607 |
| 16162 | eBay | alejmor81 | 9780133948523 | PEARSON | Social Work Macro Practices, 6th ed. | 7/11/18 | 283042355668 |
| 16180 | eBay | alejmor81 | 9780134606996 | PEARSON | Using MIS, 10th ed. | 7/11/18 | 283042187728 |
| 13044 | eBay | binghfran | 9780134387642 | PEARSON | Substance Abuse: Information for School Counselors, Social Workers, Therapists, and Counselors , 6th ed. | 4/27/18 | 253575649561 |
| 16003 | Abebooks | Buyback Express | 9781305670389 | CENGAGE | At Risk Youth, 6th ed. | 7/10/18 | 117743916 |
| 2430 | Barnes & Noble | Buyback Express | 9781305670389 | CENGAGE | At Risk Youth, 6th ed. | 6/20/17 | 4042182492 |
| 16002 | Abebooks | Buyback Express | 9781305271500 | CENGAGE | Essential Interviewing: A Programmed Approach To Effective Communication, 9th ed. | 7/10/18 | 117743916 |
| 16001 | Abebooks | Buyback Express | 9781285419008 | CENGAGE | The Social Worker and Psychotropic Medication, 4th ed. | 7/10/18 | 117743916 |
| 16082 | Abebooks | Buyback Express | 9780078117183 | MCGRAW-HILL | Adolescence, 16th ed. | 7/10/18 | 117749460 |
| 16032 | Abebooks | Buyback Express | 9781259545474 | MCGRAW-HILL | Essentials Of Contemporary Management, 7th ed. | 7/10/18 | 1177478262 |

SEYMOUR DECLARATION - EXHIBIT 1
COUNTERFEIT BOOKS PURCHASED FROM DEFENDANTS' STOREFRONTS

| PTFS' BOOK ID | MARKETPLACE | STOREFRONT | ISBN | PUBLISHER | TITLE | TRANSACTION DATE | ORDER ID |
|---|---|---|---|---|---|---|---|
| 1073 | Abebooks | Buyback Express | 9780133579499 | PEARSON | Effective Writing: A Handbook for Accountants, 10th ed. | 6/5/17 | 109558797 |
| 14845 | Abebooks | Buyback Express | 9781285161594 | CENGAGE | Effective Helping: Interviewing and Counseling Techniques, 8th ed. | 6/15/18 | 117288056 |
| 16488 | eBay | buyback-express-store | 9781305670389 | CENGAGE | At Risk Youth, 6th ed. | 7/14/18 | 132693437172 |
| 14667 | eBay | buyback-express-store | 9781285161594 | CENGAGE | Effective Helping: Interviewing and Counseling Techniques, 8th ed. | 6/13/18 | 401539659197 |
| 15331 | eBay | buyback-express-store | 9781285161594 | CENGAGE | Effective Helping: Interviewing and Counseling Techniques, 8th ed. | 6/26/18 | 132665581860 |
| 14614 | eBay | buyback-express-store | 9781305271500 | CENGAGE | Essential Interviewing: A Programmed Approach To Effective Communication, 9th ed. | 6/13/18 | 401544944061 |
| 14500 | eBay | buyback-express-store | 9781111722203 | CENGAGE | Interviewing For Solutions, 4th ed. | 6/12/18 | 401551242002 |
| 16490 | eBay | buyback-express-store | 9781285419008 | CENGAGE | The Social Worker and Psychotropic Medication, 4th ed. | 7/14/18 | 401546172633 |
| 2711 | eBay | buyback-express-store | 9780078119064 | MCGRAW-HILL | The Elements of Moral Philosophy, 8th ed. | 6/27/17 | 401349150707 |
| 15827 | eBay | buyback-express-store | 9780078117183 | MCGRAW-HILL | Adolescence, 16th ed. | 7/9/18 | 401532337568 |
| 15830 | eBay | buyback-express-store | 9780078028649 | MCGRAW-HILL | Drugs, Society, and Human Behavior, 16th ed. | 7/9/18 | 132653572410 |
| 15824 | eBay | buyback-express-store | 9781259545474 | MCGRAW-HILL | Essentials Of Contemporary Management, 7th ed. | 7/9/18 | 401564201845 |
| 14718 | eBay | buyback-express-store | 9781259870460 | MCGRAW-HILL | Infants, Toddlers, and Caregivers, 11th ed. | 6/14/18 | 132660316685 |
| 15223 | eBay | buyback-express-store | 9780077660819 | MCGRAW-HILL | Microeconomics: Principles, Problems, & Policies, 20th ed. | 6/25/18 | 132659665948 |
| 13353 | eBay | buyback-express-store | 9780073404226 | MCGRAW-HILL | Privilege, Power and Difference, 3rd ed. | 5/22/18 | 132627581104 |
| 14706 | eBay | buyback-express-store | 9780073404226 | MCGRAW-HILL | Privilege, Power and Difference, 3rd ed. | 6/13/18 | 132627581104 |
| 14991 | eBay | buyback-express-store | 9780073404226 | MCGRAW-HILL | Privilege, Power and Difference, 3rd ed. | 6/20/18 | 401552067145 |
| 15469 | eBay | buyback-express-store | 9780073404226 | MCGRAW-HILL | Privilege, Power and Difference, 3rd ed. | 6/20/18 | 401552067145 |
| 15403 | eBay | buyback-express-store | 9780321997821 | PEARSON | Business Analytics: Methods, Models, and Decisions, 2nd ed. | 6/27/18 | 132679500995 |
| 15833 | eBay | buyback-express-store | 9780134060354 | PEARSON | Curriculum: Foundations, Principles, And Issues, 7th ed. | 7/9/18 | 401558947257 |
| 15832 | eBay | buyback-express-store | 9780205249008 | PEARSON | Essentials Of Family Therapy, 6th ed. | 7/9/18 | 132693437173 |
| 6989 | eBay | buyback-express-store | 9780134129945 | PEARSON | Global Marketing, 9th ed. | 11/27/17 | 401423695958 |
| 7757 | eBay | buyback-express-store | 9780134129945 | PEARSON | Global Marketing, 9th ed. | 12/7/17 | 401423695958 |
| 8804 | eBay | buyback-express-store | 9780134129945 | PEARSON | Global Marketing, 9th ed. | 1/22/18 | 401423695958 |
| 15825 | eBay | buyback-express-store | 9780133936544 | PEARSON | Social Psychology, 9th ed. | 7/9/18 | 401563481744 |
| 8143 | Amazon | cheaperbooks79 | 9780073523866 | MCGRAW-HILL | Communicating in Groups: Applications and Skills, 9th ed. | 12/15/17 | 113-7567960-6639404 |
| 13280 | Amazon | cheaperbooks79 | 9780078112850 | MCGRAW-HILL | Employee Training & Development, 7th ed. | 5/21/18 | 112-4264663-7982601 |
| 10144 | Amazon | cheaperbooks79 | 9780134237473 | PEARSON | Fundamentals Of Management, 10th ed. | 2/27/18 | 112-9129483-6858659 |
| 6918 | Amazon | cheaperbooks79 | 9780133591170 | PEARSON | Procedures in The Justice System, 11th ed. | 11/27/17 | 113-2248540-5340266 |
| 7175 | eBay | dealz24-7 | 9780077861063 | MCGRAW-HILL | A Preface to Marketing Management, 14th ed. | 11/28/17 | 172949547527 |
| 4263 | eBay | dealz24-7 | 9780133919783 | PEARSON | Financing Education In A Climate Of Change, 12th ed. | 7/20/17 | 172779702778 |
| 13035 | eBay | envoypilot2015 | 9780134548623 | PEARSON | Criminal Justice: A Brief Introduction, 12th ed. | 4/27/18 | 232611083761 |
| 14150 | eBay | envoypilot2015 | 9780134548623 | PEARSON | Criminal Justice: A Brief Introduction, 12th ed. | 6/7/18 | 232611083761 |
| 14152 | eBay | envoypilot2015 | 9780134146386 | PEARSON | Criminology Today: An Integrative Intro, 8th ed. | 6/7/18 | 232423162820 |
| 8096 | eBay | envoypilot2015 | 9780134146386 | PEARSON | Criminology Today: An Integrative Intro, 8th ed. | 12/14/17 | 232423162820 |
| 8099 | eBay | envoypilot2015 | 9780134237473 | PEARSON | Fundamentals Of Management, 10th ed. | 12/14/17 | 232461090286 |

**COUNTERFEIT BOOKS PURCHASED FROM DEFENDANTS' STOREFRONTS**

| PTFS' BOOK ID | MARKETPLACE | STOREFRONT | ISBN | PUBLISHER | TITLE | TRANSACTION DATE | ORDER ID |
|---|---|---|---|---|---|---|---|
| 6963 | eBay | envoypilot2015 | 9780134089027 | PEARSON | Macroeconomics: Principles, Applications, and Tools, 9th ed. | 11/27/17 | 232439586849 |
| 5412 | eBay | envoypilot2015 | 9780134089027 | PEARSON | Macroeconomics: Principles, Applications, and Tools, 9th ed. | 9/11/17 | 232439586849 |
| 13036 | eBay | envoypilot2015 | 9780134512563 | PEARSON | Research Methods for Social Workers, 8th ed. | 4/27/18 | 232611838313 |
| 10461 | eBay | envoypilot2015 | 9780134410968 | PEARSON | Social Psychology, 14th ed. | 3/22/18 | 232490749385 |
| 14151 | eBay | envoypilot2015 | 9780134410968 | PEARSON | Social Psychology, 14th ed. | 6/7/18 | 232490749385 |
| 7381 | eBay | envoypilot2015 | 9780134410968 | PEARSON | Social Psychology, 14th ed. | 11/30/17 | 232490749385 |
| 8786 | eBay | goldenrain2855 | 9780133741322 | PEARSON | Practical Research: Planning and Design , 11th ed. | 1/22/18 | 173090718207 |
| 8776 | eBay | goldenrain2855 | 9780134380919 | PEARSON | Public Speaking: An Audience-Centered Approach, 10th ed. | 1/22/18 | 173090707653 |
| 10019 | Abebooks | GoPeachy | 9781305101920 | CENGAGE | Empowerment Series:  Social Welfare Policy and Social Programs, 4th ed. | 2/20/18 | 115181218 |
| 10106 | Abebooks | GoPeachy | 9780134477596 | PEARSON | Criminalistics: An introduction to Forensic Science, 12th ed. | 2/20/18 | 115183476 |
| 12934 | Abebooks | GoPeachy | 9781305271500 | CENGAGE | Essential Interviewing: A Programmed Approach To Effective Communication, 9th ed. | 4/26/18 | 116402937 |
| 12941 | Abebooks | GoPeachy | 9780077835422 | MCGRAW-HILL | Essentials of Investment, 10th ed. | 4/26/18 | 116403934 |
| 12942 | Abebooks | GoPeachy | 9781259546983 | MCGRAW-HILL | Essentials Of Strategic Management: The Quest for Competitive Advantage, 5th ed. | 4/26/18 | 116403934 |
| 12940 | Abebooks | GoPeachy | 9781259870538 | MCGRAW-HILL | Interviewing: Principles and Practices, 15th ed. | 4/26/18 | 116403934 |
| 15870 | eBay | grigorinayma-0 | 9781305642355 | CENGAGE | Assessment In Special And Inclusive Education, 13th ed. | 7/9/18 | 232831608450 |
| 15876 | eBay | grigorinayma-0 | 9781305261105 | CENGAGE | Basics Of Research Methods For Criminal Justice And Criminology, 4th ed. | 7/9/18 | 232831605834 |
| 15875 | eBay | grigorinayma-0 | 9781305633728 | CENGAGE | Community Based Corrections, 11th ed. | 7/9/18 | 232836440103 |
| 15873 | eBay | grigorinayma-0 | 9781305076518 | CENGAGE | Looking Out, Looking In, 15th ed. | 7/9/18 | 232831609497 |
| 15874 | eBay | grigorinayma-0 | 9781305101944 | CENGAGE | Promoting Community Change: Making It Happen In The Real World, 6th ed. | 7/9/18 | 232831619968 |
| 15872 | eBay | grigorinayma-0 | 9780077861803 | MCGRAW-HILL | Intimate Relationships, 7th ed. | 7/9/18 | 232831613383 |
| 15877 | eBay | grigorinayma-0 | 9780073373843 | MCGRAW-HILL | Programmable Logic Controllers, 5th ed. | 7/9/18 | 232831618238 |
| 15613 | eBay | grigorinayma-0 | 9780134477596 | PEARSON | Criminalistics: An introduction to Forensic Science, 12th ed. | 7/6/18 | 232831612410 |
| 15617 | eBay | grigorinayma-0 | 9780134479255 | PEARSON | Economics Today: The Micro View, 19th ed. | 7/6/18 | 232831614806 |
| 15616 | eBay | grigorinayma-0 | 9780133754056 | PEARSON | Police Administration, 9th ed. | 7/6/18 | 232831622101 |
| 15614 | eBay | grigorinayma-0 | 9780134380919 | PEARSON | Public Speaking: An Audience-Centered Approach, 10th ed. | 7/6/18 | 232831610657 |
| 14916 | eBay | grigorinayma-0 | 9780133948523 | PEARSON | Social Work Macro Practices, 6th ed. | 6/15/18 | 232806462257 |
| 15615 | eBay | grigorinayma-0 | 9780133948523 | PEARSON | Social Work Macro Practices, 6th ed. | 7/6/18 | 232831624007 |
| 14442 | eBay | grigorinayma-0 | 9781305645349 | CENGAGE | Looking Out, Looking In, 15th ed. | 6/11/18 | 232799215777 |
| 14440 | eBay | grigorinayma-0 | 9781305101944 | CENGAGE | Promoting Community Change: Making It Happen In The Real World, 6th ed. | 6/11/18 | 232799220209 |
| 14441 | eBay | grigorinayma-0 | 9780134387642 | PEARSON | Substance Abuse: Information for School Counselors, Social Workers, Therapists, and Counselors , 6th ed. | 6/11/18 | 232799223675 |
| 16115 | eBay | iaccessorydeals | 9781305500846 | CENGAGE | Business Ethics: Ethical Decision Making & Cases, 11th ed. | 7/11/18 | 153089244914 |

SEYMOUR DECLARATION - EXHIBIT 1
COUNTERFEIT BOOKS PURCHASED FROM DEFENDANTS' STOREFRONTS

| PTFS' BOOK ID | MARKETPLACE | STOREFRONT | ISBN | PUBLISHER | TITLE | TRANSACTION DATE | ORDER ID |
|---|---|---|---|---|---|---|---|
| 16120 | eBay | iaccessorydeals | 9781285444628 | CENGAGE | Communication Between Cultures, 9th ed. | 7/11/18 | 153070771584 |
| 16116 | eBay | iaccessorydeals | 9781259545474 | MCGRAW-HILL | Essentials Of Contemporary Management, 7th ed. | 7/11/18 | 153089233014 |
| 16114 | eBay | iaccessorydeals | 9780073523910 | MCGRAW-HILL | The Art Of Public Speaking, 12th ed. | 7/11/18 | 153089251131 |
| 16113 | eBay | iaccessorydeals | 9780321997821 | PEARSON | Business Analytics: Methods, Models, and Decisions, 2nd ed. | 7/11/18 | 153089248879 |
| 16112 | eBay | iaccessorydeals | 9780134479255 | PEARSON | Economics Today: The Micro View, 19th ed. | 7/11/18 | 153070767776 |
| 16117 | eBay | iaccessorydeals | 9780134237473 | PEARSON | Fundamentals Of Management, 10th ed. | 7/11/18 | 153089234271 |
| 16111 | eBay | iaccessorydeals | 9780133754056 | PEARSON | Police Administration, 9th ed. | 7/11/18 | 153089252405 |
| 15320 | Amazon | ING Creations & Enterprises | 9780073373843 | MCGRAW-HILL | Programmable Logic Controllers, 5th ed. | 6/26/18 | 112-4000704-7345025 |
| 15317 | Amazon | ING Creations & Enterprises | 9780205956371 | PEARSON | Clinical Social Work Practice: An Intergrated Approach, 5th ed. | 6/26/18 | 112-4000704-7345025 |
| 15319 | Amazon | ING Creations & Enterprises | 9780134479255 | PEARSON | Economics Today: The Micro View, 19th ed. | 6/26/18 | 112-4000704-7345025 |
| 14362 | Amazon | ING Creations & Enterprises | 9780133919783 | PEARSON | Financing Education In A Climate Of Change, 12th ed. | 6/11/18 | 111-1068109-5756210 |
| 13234 | Amazon | ING Creations & Enterprises | 9780134237473 | PEARSON | Fundamentals Of Management, 10th ed. | 5/21/18 | 112-2553251-4800252 |
| 13252 | Amazon | ING Creations & Enterprises | 9780134512563 | PEARSON | Research Methods for Social Workers, 8th ed. | 5/21/18 | 111-3778343-6501020 |
| 10238 | eBay | ingllc | 9781305101968 | CENGAGE | Program Evaluation: An Introduction to an Evidence-Based Approach , 6th ed. | 2/28/18 | 391965657331 |
| 8773 | eBay | ingllc | 9780133948523 | PEARSON | Social Work Macro Practices, 6th ed. | 1/22/18 | 183011806522 |
| 15681 | eBay | intelimin_9 | 9781305105409 | CENGAGE | Biological Psychology, 12th ed. | 7/6/18 | 282864459541 |
| 15685 | eBay | intelimin_9 | 9781285445830 | CENGAGE | Interpersonal Communication: Everyday Encounters, 8th ed. | 7/6/18 | 283030094747 |
| 14682 | eBay | intelimin_9 | 9781259235702 | MCGRAW-HILL | Essentials Of Economics, 10th ed. | 6/13/18 | 282977741795 |
| 15133 | eBay | intelimin_9 | 9781259235702 | MCGRAW-HILL | Essentials Of Economics, 10th ed. | 6/25/18 | 283007299541 |
| 15136 | eBay | intelimin_9 | 9780077835422 | MCGRAW-HILL | Essentials of Investment, 10th ed. | 6/25/18 | 283025075167 |
| 14811 | eBay | intelimin_9 | 9780077835422 | MCGRAW-HILL | Essentials of Investment, 10th ed. | 6/14/18 | 282989503590 |
| 16446 | eBay | intelimin_9 | 9780078036071 | MCGRAW-HILL | Principles Of Environmental Science, 8th ed. | 7/13/18 | 283043890622 |
| 14745 | eBay | intelimin_9 | 9780134205588 | PEARSON | Essentials of Sociology: A Down to Earth Approach, 12th ed. | 6/14/18 | 282864421875 |
| 15424 | eBay | intelimin_9 | 9780134205588 | PEARSON | Essentials of Sociology: A Down to Earth Approach, 12th ed. | 6/27/18 | 283008413626 |
| 8684 | Amazon | J.sales | 9781305633797 | CENGAGE | Cultural Anthropology: The Human Challenge, 15th ed. | 1/17/18 | 112-9863204-8312241 |
| 13288 | Amazon | J.sales | 9781259546983 | MCGRAW-HILL | Essentials Of Strategic Management: The Quest for Competitive Advantage, 5th ed. | 5/21/18 | 112-7412836-5177040 |
| 13239 | Amazon | J.sales | 9780134548623 | PEARSON | Criminal Justice: A Brief Introduction, 12th ed. | 5/21/18 | 111-1290535-0740242 |
| 13253 | Amazon | J.sales | 9780134606996 | PEARSON | Using MIS, 10th ed. | 5/21/18 | 111-7752544-4678627 |
| 14487 | eBay | jsale0125 | 9781305633797 | CENGAGE | Cultural Anthropology: The Human Challenge, 15th ed. | 6/12/18 | 263652378907 |
| 15351 | eBay | jsale0125 | 9781305271500 | CENGAGE | Essential Interviewing: A Programmed Approach To Effective Communication, 9th ed. | 6/26/18 | 263544867286 |

SEYMOUR DECLARATION - EXHIBIT 1
COUNTERFEIT BOOKS PURCHASED FROM DEFENDANTS' STOREFRONTS

| PTFS' BOOK ID | MARKETPLACE | STOREFRONT | ISBN | PUBLISHER | TITLE | TRANSACTION DATE | ORDER ID |
|---|---|---|---|---|---|---|---|
| 15865 | eBay | jsale0125 | 9781305271500 | CENGAGE | Essential Interviewing: A Programmed Approach To Effective Communication, 9th ed. | 7/9/18 | 263544867286 |
| 16535 | eBay | jsale0125 | 9781305271500 | CENGAGE | Essential Interviewing: A Programmed Approach To Effective Communication, 9th ed. | 7/15/18 | 263544867286 |
| 15852 | eBay | jsale0125 | 9781305633810 | CENGAGE | Essentials Of Physical Anthropology, 10th ed. | 7/9/18 | 263571617206 |
| 14488 | eBay | jsale0125 | 9781305087309 | CENGAGE | Group Counseling: Strategies And Skills, 8th ed. | 6/12/18 | 263708621987 |
| 15348 | eBay | jsale0125 | 9781305087309 | CENGAGE | Group Counseling: Strategies And Skills, 8th ed. | 6/26/18 | 263708621987 |
| 14485 | eBay | jsale0125 | 9781305500006 | CENGAGE | Public Relations Writing: Strategies & Structures, 11th ed. | 6/12/18 | 263544881213 |
| 15350 | eBay | jsale0125 | 9781305500006 | CENGAGE | Public Relations Writing: Strategies & Structures, 11th ed. | 6/26/18 | 263544881213 |
| 15858 | eBay | jsale0125 | 9780077862466 | MCGRAW-HILL | Essentials Of Negotiation, 6th ed. | 7/9/18 | 263593459248 |
| 14986 | eBay | jsale0125 | 9781259870460 | MCGRAW-HILL | Infants, Toddlers, and Caregivers, 11th ed. | 6/20/18 | 263573243223 |
| 14987 | eBay | jsale0125 | 9780077861803 | MCGRAW-HILL | Intimate Relationships, 7th ed. | 6/20/18 | 263544860424 |
| 14771 | eBay | jsale0125 | 9780133351927 | PEARSON | Implementing Change: Patterns, Principles, and Potholes, 4th ed. | 6/14/18 | 263518360197 |
| 15359 | eBay | jsale0125 | 9780133351927 | PEARSON | Implementing Change: Patterns, Principles, and Potholes, 4th ed. | 6/26/18 | 263518360197 |
| 15624 | eBay | jsale0125 | 9780133351927 | PEARSON | Implementing Change: Patterns, Principles, and Potholes, 4th ed. | 7/6/18 | 263518360197 |
| 15623 | eBay | jsale0125 | 9780134168975 | PEARSON | Living Religions, 10th ed. | 7/6/18 | 263573260667 |
| 13043 | eBay | jsale0125 | 9780134484204 | PEARSON | Making The Team, 6th ed. | 4/27/18 | 263573255791 |
| 15622 | eBay | jsale0125 | 9780133754056 | PEARSON | Police Administration, 9th ed. | 7/6/18 | 263565360831 |
| 14809 | eBay | jsale0125 | 9780134380919 | PEARSON | Public Speaking: An Audience-Centered Approach, 10th ed. | 6/14/18 | 263674679750 |
| 15371 | eBay | jsale0125 | 9780134380919 | PEARSON | Public Speaking: An Audience-Centered Approach, 10th ed. | 6/26/18 | 263674679750 |
| 13302 | eBay | jsale0125 | 9780134380919 | PEARSON | Public Speaking: An Audience-Centered Approach, 10th ed. | 5/21/18 | 263674679750 |
| 13303 | eBay | jsale0125 | 9780134512563 | PEARSON | Research Methods for Social Workers, 8th ed. | 5/21/18 | 263518349132 |
| 15621 | eBay | jsale0125 | 9780134387642 | PEARSON | Substance Abuse: Information for School Counselors, Social Workers, Therapists, and Counselors , 6th ed. | 7/6/18 | 263552367730 |
| 15620 | eBay | jsale0125 | 9780134606996 | PEARSON | Using MIS, 10th ed. | 7/6/18 | 263678472203 |
| 14763 | eBay | koroush31 | 9781429234146 | MACMILLAN | Lehninger Principles Of Biochemistry, 6th ed. | 6/14/18 | 162750658104 |
| 14764 | eBay | koroush31 | 9781464126116 | MACMILLAN | Lehninger Principles Of Biochemistry, 7th ed. | 6/14/18 | 162847188801 |
| 15274 | eBay | koroush31 | 9781464126116 | MACMILLAN | Lehninger Principles Of Biochemistry, 7th ed. | 6/26/18 | 162847188801 |
| 15279 | eBay | koroush31 | 9781464126116 | MACMILLAN | Lehninger Principles Of Biochemistry, 7th ed. | 6/26/18 | 162521106155 |
| 10381 | eBay | koroush31 | 9781429234146 | MACMILLAN | Lehninger Principles Of Biochemistry, 6th ed. | 3/15/18 | 162344569902 |
| 15272 | eBay | koroush31 | 9780134093413 | PEARSON | Campbell Biology, 11th ed. | 6/26/18 | 162657487725 |
| 14698 | eBay | miriaturne-30 | 9781259870538 | MCGRAW-HILL | Interviewing: Principles and Practices, 15th ed. | 6/13/18 | 323299950758 |
| 14989 | eBay | miriaturne-30 | 9781259870538 | MCGRAW-HILL | Interviewing: Principles and Practices, 15th ed. | 6/20/18 | 323299949959 |
| 14941 | eBay | miriaturne-30 | 9780205249008 | PEARSON | Essentials Of Family Therapy, 6th ed. | 6/15/18 | 323299936850 |
| 14945 | eBay | miriaturne-30 | 9780205249008 | PEARSON | Essentials Of Family Therapy, 6th ed. | 6/15/18 | 323299940568 |
| 13306 | eBay | miriaturne-30 | 9780134387642 | PEARSON | Substance Abuse: Information for School Counselors, Social Workers, Therapists, and Counselors , 6th ed. | 5/21/18 | 323220901265 |

SEYMOUR DECLARATION - EXHIBIT 1
**COUNTERFEIT BOOKS PURCHASED FROM DEFENDANTS' STOREFRONTS**

| PTFS' BOOK ID | MARKETPLACE | STOREFRONT | ISBN | PUBLISHER | TITLE | TRANSACTION DATE | ORDER ID |
|---|---|---|---|---|---|---|---|
| 14085 | Amazon | Naymanbuy | 9780134163741 | PEARSON | Criminal Behavior: A Psychological Approach, 11th ed. | 6/7/18 | 114-4939547-6621038 |
| 15594 | Amazon | Naymanbuy | 9780547179629 | PEARSON | Foundations of Addictions Counseling, 2nd ed. | 6/29/18 | 111-5818876-1408211 |
| 14432 | Amazon | Naymanbuy | 9780134484204 | PEARSON | Making The Team, 6th ed. | 6/11/18 | 111-2723725-9729020 |
| 16525 | eBay | nd953570 | 9781305077331 | CENGAGE | Writing and Reporting The News: A Coaching Method, 8th ed. | 7/15/18 | 202328716448 |
| 13235 | eBay | nd953570 | 9780134129945 | PEARSON | Global Marketing, 9th ed. | 5/21/18 | 202309269833 |
| 14650 | eBay | openboxliquidators | 9781285165929 | CENGAGE | Brief Principles Of Macroeconomics, 7th ed. | 6/13/18 | 263607744866 |
| 4579 | eBay | openboxliquidators | 9780078028649 | MCGRAW-HILL | Drugs, Society, and Human Behavior, 16th ed. | 7/21/17 | 263096954642 |
| 14645 | eBay | openboxliquidators | 9780078023842 | MCGRAW-HILL | Dynamic Business Law: The Essentials, 3rd ed. | 6/13/18 | 263607781076 |
| 15129 | eBay | openboxliquidators | 9780078023842 | MCGRAW-HILL | Dynamic Business Law: The Essentials, 3rd ed. | 6/25/18 | 263607781076 |
| 13363 | eBay | openboxliquidators | 9781259545474 | MCGRAW-HILL | Essentials Of Contemporary Management, 7th ed. | 5/22/18 | 263593110492 |
| 14643 | eBay | openboxliquidators | 9781259545474 | MCGRAW-HILL | Essentials Of Contemporary Management, 7th ed. | 6/13/18 | 263593110492 |
| 15131 | eBay | openboxliquidators | 9781259545474 | MCGRAW-HILL | Essentials Of Contemporary Management, 7th ed. | 6/25/18 | 263593110492 |
| 14641 | eBay | openboxliquidators | 9780078026546 | MCGRAW-HILL | The Police In America: An Introduction, 8th ed. | 6/13/18 | 263593117017 |
| 15130 | eBay | openboxliquidators | 9780078026546 | MCGRAW-HILL | The Police In America: An Introduction, 8th ed. | 6/25/18 | 263593117017 |
| 13093 | eBay | openboxliquidators | 9780077861421 | MCGRAW-HILL | Mass Media Law, 19th ed. | 4/30/18 | 263593091786 |
| 14914 | eBay | slvr17 | 9780133948523 | PEARSON | Social Work Macro Practices, 6th ed. | 6/15/18 | 153041698131 |
| 9964 | Amazon | SmartPurchase123 | 9781259870460 | MCGRAW-HILL | Infants, Toddlers, and Caregivers, 11th ed. | 1/22/18 | 112-0526977-0910621 |
| 13248 | Amazon | SmartPurchase123 | 9780134477596 | PEARSON | Criminalistics: An introduction to Forensic Science, 12th ed. | 5/21/18 | 111-7863220-0865808 |
| 12912 | Amazon | SmartPurchase123 | 9780134478760 | PEARSON | Economics Today: The Macro View, 19th ed. | 4/25/18 | 112-7970790-2021803 |
| 13250 | Amazon | SmartPurchase123 | 9780134484204 | PEARSON | Making The Team, 6th ed. | 5/21/18 | 111-7863220-0865808 |
| 8727 | Amazon | SmartPurchase123 | 9780134380919 | PEARSON | Public Speaking: An Audience-Centered Approach, 10th ed. | 1/18/18 | 112-9113980-6836211 |
| 14707 | eBay | textbook-4less | 9780133919783 | PEARSON | Financing Education In A Climate Of Change, 12th ed. | 6/13/18 | 113013694055 |
| 15289 | eBay | textbooks-4less | 9780077835422 | MCGRAW-HILL | Essentials of Investment, 10th ed. | 6/26/18 | 113026307624 |
| 14898 | eBay | textbooks-4less | 9780134206325 | PEARSON | Society: The Basics, 14th ed. | 6/15/18 | 112842374640 |
| 16614 | The Famous Book | The Famous Book | 9781305633810 | CENGAGE | Essentials Of Physical Anthropology, 10th ed. | 7/16/18 | 1001 |
| 16605 | The Famous Book | The Famous Book | 9781305077690 | CENGAGE | Those Who Can, Teach, 14th ed. | 7/16/18 | 1001 |
| 16616 | The Famous Book | The Famous Book | 9781457697180 | MACMILLAN | Reflect and Relate: An Introduction to Interpersonal Communication, 4th ed. | 7/16/18 | 1001 |
| 5056 | Amazon | TheBestBookSale | 9781305089723 | CENGAGE | Ethics in Counseling & Psychotherapy, 6th ed. | 8/18/17 | 111-9037704-6053002 |
| 6569 | eBay | thebestbooksale_9 | 9781305642355 | CENGAGE | Assessment In Special And Inclusive Education, 13th ed. | 11/13/17 | 152724343500 |
| 7046 | eBay | thebestbooksale_9 | 9781305642355 | CENGAGE | Assessment In Special And Inclusive Education, 13th ed. | 11/27/17 | 152786651193 |
| 7389 | eBay | thebestbooksale_9 | 9781305642355 | CENGAGE | Assessment In Special And Inclusive Education, 13th ed. | 11/30/17 | 152806918870 |
| 16091 | eBay | thebestbooksale_9 | 9781305633810 | CENGAGE | Essentials Of Physical Anthropology, 10th ed. | 7/11/18 | 152878705668 |
| 14492 | eBay | thebestbooksale_9 | 9781285858166 | CENGAGE | Exploring Art : A Global, Thematic Approach, 5th ed. | 6/12/18 | 153049934912 |
| 14490 | eBay | thebestbooksale_9 | 9781305101944 | CENGAGE | Promoting Community Change: Making It Happen In The Real World, 6th ed. | 6/12/18 | 152919903167 |
| 16092 | eBay | thebestbooksale_9 | 9781457697180 | MACMILLAN | Reflect and Relate: An Introduction to Interpersonal Communication, 4th ed. | 7/11/18 | 153092180748 |

**COUNTERFEIT BOOKS PURCHASED FROM DEFENDANTS' STOREFRONTS**

| PTFS' BOOK ID | MARKETPLACE | STOREFRONT | ISBN | PUBLISHER | TITLE | TRANSACTION DATE | ORDER ID |
|---|---|---|---|---|---|---|---|
| 14700 | eBay | thebestbooksale_9 | 9780077861063 | MCGRAW-HILL | A Preface to Marketing Management, 14th ed. | 6/13/18 | 153013630340 |
| 14701 | eBay | thebestbooksale_9 | 9780077861063 | MCGRAW-HILL | A Preface to Marketing Management, 14th ed. | 6/13/18 | 152948165218 |
| 16090 | eBay | thebestbooksale_9 | 9780077861063 | MCGRAW-HILL | A Preface to Marketing Management, 14th ed. | 7/11/18 | 153092179514 |
| 15197 | eBay | thebestbooksale_9 | 9780078112911 | MCGRAW-HILL | Global Business Today, 9th ed. | 6/25/18 | 152948165218 |
| 10626 | eBay | thebestbooksale_9 | 9781259870460 | MCGRAW-HILL | Infants, Toddlers, and Caregivers, 11th ed. | 3/28/18 | 152948160656 |
| 14699 | eBay | thebestbooksale_9 | 9781259870538 | MCGRAW-HILL | Interviewing: Principles and Practices, 15th ed. | 6/13/18 | 153050179154 |
| 10639 | eBay | thebestbooksale_9 | 9780134477596 | PEARSON | Criminalistics: An introduction to Forensic Science, 12th ed. | 3/28/18 | 152948113796 |
| 14927 | eBay | thebestbooksale_9 | 9780134146386 | PEARSON | Criminology Today: An Integrative Intro, 8th ed. | 6/15/18 | 152948128359 |
| 14947 | eBay | thebestbooksale_9 | 9780134146386 | PEARSON | Criminology Today: An Integrative Intro, 8th ed. | 6/15/18 | 152948128359 |
| 15639 | eBay | thebestbooksale_9 | 9780134479255 | PEARSON | Economics Today: The Micro View, 19th ed. | 7/6/18 | 152895202609 |
| 16637 | eBay | thebestbooksale_9 | 9780205249008 | PEARSON | Essentials Of Family Therapy, 6th ed. | 7/16/18 | 153101950508 |
| 16632 | eBay | thebestbooksale_9 | 9780134061641 | PEARSON | Ethical, Legal, and Professional Issues in Counseling, 5th ed. | 7/16/18 | 153101984981 |
| 16636 | eBay | thebestbooksale_9 | 9780133919783 | PEARSON | Financing Education In A Climate Of Change, 12th ed. | 7/16/18 | 153101865442 |
| 15629 | eBay | thebestbooksale_9 | 9780133848809 | PEARSON | Human Resource Management, 14th ed. | 7/6/18 | 152919903447 |
| 16634 | eBay | thebestbooksale_9 | 9780133351927 | PEARSON | Implementing Change: Patterns, Principles, and Potholes, 4th ed. | 7/16/18 | 153101980022 |
| 10456 | eBay | thebestbooksale_9 | 9780134168975 | PEARSON | Living Religions, 10th ed. | 3/22/18 | 152948112149 |
| 15636 | eBay | thebestbooksale_9 | 9780134168975 | PEARSON | Living Religions, 10th ed. | 7/6/18 | 152948112149 |
| 15631 | eBay | thebestbooksale_9 | 9780133591170 | PEARSON | Procedures in The Justice System, 11th ed. | 7/6/18 | 152948125978 |
| 15637 | eBay | thebestbooksale_9 | 9780134512563 | PEARSON | Research Methods for Social Workers, 8th ed. | 7/6/18 | 153050177167 |
| 15632 | eBay | thebestbooksale_9 | 9780134387642 | PEARSON | Substance Abuse: Information for School Counselors, Social Workers, Therapists, and Counselors , 6th ed. | 7/6/18 | 152895410772 |
| 9705 | eBay | thebestbooksale_9 | 9780133546767 | PEARSON | The Art and Science of Leadership, 7th ed. | 2/20/18 | 152878756012 |
| 14545 | eBay | victoriashop1 | 9781305642355 | CENGAGE | Assessment In Special And Inclusive Education, 13th ed. | 6/12/18 | 183270551366 |
| 15840 | eBay | victoriashop1 | 9781305642355 | CENGAGE | Assessment In Special And Inclusive Education, 13th ed. | 7/9/18 | 183270551366 |
| 14544 | eBay | victoriashop1 | 9781285161594 | CENGAGE | Effective Helping: Interviewing and Counseling Techniques , 8th ed. | 6/12/18 | 183270565285 |
| 15839 | eBay | victoriashop1 | 9781305633810 | CENGAGE | Essentials Of Physical Anthropology, 10th ed. | 7/9/18 | 183172809705 |
| 16537 | eBay | victoriashop1 | 9781305633810 | CENGAGE | Essentials Of Physical Anthropology, 10th ed. | 7/15/18 | 183172809705 |
| 15841 | eBay | victoriashop1 | 9781259291821 | MCGRAW-HILL | The Macro Economy Today, 14th ed. | 7/9/18 | 183172809706 |
| 15642 | eBay | victoriashop1 | 9780133919783 | PEARSON | Financing Education In A Climate Of Change, 12th ed. | 7/6/18 | 183244856430 |
| 15370 | eBay | victoriashop1 | 9780134380919 | PEARSON | Public Speaking: An Audience-Centered Approach, 10th ed. | 6/26/18 | 183275565174 |
| 15640 | eBay | victoriashop1 | 9780134380919 | PEARSON | Public Speaking: An Audience-Centered Approach, 10th ed. | 7/6/18 | 183275565174 |
| 15641 | eBay | victoriashop1 | 9780134606996 | PEARSON | Using MIS, 10th ed. | 7/6/18 | 183297860248 |
| 9739 | eBay | victoriashop1 | 9781259291821 | MCGRAW-HILL | The Macro Economy Today, 14th ed. | 2/20/18 | 183048126824 |
| 7902 | eBay | violet013180 | 9781305503076 | CENGAGE | The Basics of Social Research, 7th ed. | 12/11/17 | 172851139184 |
| 7386 | eBay | violet013180 | 9781305670389 | CENGAGE | At Risk Youth, 6th ed. | 11/30/17 | 172849745685 |
| 7701 | eBay | violet013180 | 9781305500846 | CENGAGE | Business Ethics: Ethical Decision Making & Cases, 11th ed. | 12/7/17 | 172850700463 |
| 16530 | eBay | violet013180 | 9781305633728 | CENGAGE | Community Based Corrections, 11th ed. | 7/15/18 | 173370770341 |

SEYMOUR DECLARATION - EXHIBIT 1
**COUNTERFEIT BOOKS PURCHASED FROM DEFENDANTS' STOREFRONTS**

| PTFS' BOOK ID | MARKETPLACE | STOREFRONT | ISBN | PUBLISHER | TITLE | TRANSACTION DATE | ORDER ID |
|---|---|---|---|---|---|---|---|
| 7700 | eBay | violet013180 | 9781285858166 | CENGAGE | Exploring Art : A Global, Thematic Approach , 5th ed. | 12/7/17 | 172851095227 |
| 7699 | eBay | violet013180 | 9781305577411 | CENGAGE | Juvenile Delinquency: The Core, 6th ed. | 12/7/17 | 172851159864 |
| 14660 | eBay | violet013180 | 9781305101944 | CENGAGE | Promoting Community Change: Making It Happen In The Real World, 6th ed. | 6/13/18 | 172849927726 |
| 7387 | eBay | violet013180 | 9781305101944 | CENGAGE | Promoting Community Change: Making It Happen In The Real World, 6th ed. | 11/30/17 | 172849937133 |
| 7404 | eBay | violet013180 | 9780077861063 | MCGRAW-HILL | A Preface to Marketing Management, 14th ed. | 11/30/17 | 172849824335 |
| 7821 | eBay | violet013180 | 9780077861063 | MCGRAW-HILL | A Preface to Marketing Management, 14th ed. | 12/8/17 | 172849824335 |
| 7179 | eBay | violet013180 | 9781259545474 | MCGRAW-HILL | Essentials Of Contemporary Management, 7th ed. | 11/28/17 | 172849908384 |
| 7275 | eBay | violet013180 | 9780077861063 | MCGRAW-HILL | A Preface to Marketing Management, 14th ed. | 11/29/17 | 172849824335 |
| 8482 | eBay | violet013180 | 9780073514307 | MCGRAW-HILL | Theatre: The Lively Art , 9th ed. | 12/19/17 | 172851154382 |
| 7423 | eBay | violet013180 | 9780073514307 | MCGRAW-HILL | Theatre: The Lively Art , 9th ed. | 11/30/17 | 172851154382 |
| 15785 | eBay | violet013180 | 9780133848809 | PEARSON | Human Resource Management, 14th ed. | 7/9/18 | 172851088091 |
| 7292 | eBay | violet013180 | 9780133591170 | PEARSON | Procedures in The Justice System, 11th ed. | 11/29/17 | 172849738823 |
| 7002 | eBay | violet013180 | 9781305500846 | CENGAGE | Business Ethics: Ethical Decision Making & Cases, 11th ed. | 11/27/17 | 172849976489 |
| 7003 | eBay | violet013180 | 9781305500846 | CENGAGE | Business Ethics: Ethical Decision Making & Cases, 11th ed. | 11/27/17 | 172852369814 |
| 7001 | eBay | violet013180 | 9781285858166 | CENGAGE | Exploring Art : A Global, Thematic Approach , 5th ed. | 11/27/17 | 172851095227 |
| 8119 | eBay | violet013810 | 9781305101944 | CENGAGE | Promoting Community Change: Making It Happen In The Real World, 6th ed. | 12/15/17 | 172849937133 |
| 1360 | Amazon | Wize Dealz | 9780134205588 | PEARSON | Essentials of Sociology: A Down to Earth Approach, 12th ed. | 6/7/17 | 113-9504284-0091441 |
| 3343 | Amazon | Wize Dealz | 9780134205588 | PEARSON | Essentials of Sociology: A Down to Earth Approach, 12th ed. | 7/11/17 | 112-2473942-0269015 |
| 3401 | Amazon | Wize Dealz | 9780133919783 | PEARSON | Financing Education In A Climate Of Change, 12th ed. | 7/11/17 | 112-7052808-8667452 |