# SEYMOUR DECLARATION

*Cengage Learning, Inc., et al.*
*v.*
*Doe 1 d/b/a binghfran, et al.*

# EXHIBIT 2

Hi **Kevin**!          Sell    My eBay



Search for anything      All Categories

## Thanks! Your order was placed.

Estimated delivery varies.

We'll send you an email confirmation soon. **View order details**

eBay Money Back Guarantee **See details**

### People who shopped for this item also looked at



**Talk To Me In Korean Level 1 Book Hangul…**
$22.90
Free
*Popular*



**Talk to me in Korean Level 1 Textbook for…**
$23.90
Free



**Abeka 10th Grade World History and …**
$35.00
+ $4.70



**Saxon Math 6/5 Homeschool- textbo…**
$25.00
Free      0 bids



**Japanese Textbook Hiragana Katakana Ka…**
$8.90
Free
*Last one*



**Teaching Textbook Math 3 Textbook C…**
$15.81
+ $4.19      5





Bates' Guide to Physical Examination and…
$15.17
Free

Practicing College Learning Strategies…
$3.98
Free
Last one

COUNSELLING SKILLS - NEW PAP
$46.32
Free

Related to a recent purchase 1/3





Criminology Today : An Integrative Introd…

Society : The Basics by John J. Macionis…
$15.00
+ $3.68        0 bids

College Algebra Essentials, Books a la…
$30.00
+ $4.99

About eBay   Announcements   Community   Security Center   Resolution Center   Seller Center   Policies   Affiliates
Help & Contact   Site Map

Copyright © 1995-2018 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies and AdChoice



Hi **Kevin**!     Sell     My eBay     33     10

Search for anything     All Categories

Send us your comments

# Your eBay Shopping Cart





**Seller alejmor81 (1)**     Request total from seller

**Public Speaking : An Audience-Centered Approach (10th edition) (Like New)**
Condition: Like New
Quantity: 1    $55.99
Economy USPS Media Mail    FREE
Remove | Save for later

**Implementing Change (4th edition) (Like New) (9780133351927)**
Condition: Like New
Quantity: 1    $90.00
Economy USPS Media Mail    FREE
Remove | Save for later

**Essentials of Intentional Interviewing (3rd edition) (Like New) (9781305087330)**
Condition: Like New
Quantity: 1    $69.99
Economy USPS Media Mail    FREE
Remove | Save for later

**Essentials of Negotiation (6th edition)(Like New) (9780077862466)**
Condition: Like New
Quantity: 1    $39.99
Economy USPS Media Mail    FREE
Remove | Save for later

**Program Evaluation : An Introduction (6th edition) (Like New) (9781305101968)**
Condition: Like New
Quantity: 1    $29.00
Economy USPS Media Mail    FREE
Remove | Save for later

**Social Work Macro Practice (6th edition)(Like**
Quantity: 1    $49.90

**Cart summary** (10 items)

**Total: $548.00**

Proceed to checkout

eBay MONEY BACK GUARANTEE

Covers your purchase price plus original shipping on virtually all items. Get the item you ordered or get your money back. Learn more

**About your cart**

Are items in my cart reserved for me?

Why are auction or best offer items in my cart?

Where can I see the items I'm bidding on?

If I buy from different sellers, will I need to pay separately?

Can I pay for items from more than one seller or different types of transactions in one payment?



| | | | |
|---|---|---|---|
| Social Work Macro Practice ...New)(9780133948523) Condition: Like New | | Economy USPS Media Mail | FREE |
| | | Remove \| | Save for later |
| Methods in Behavioral Research (12th edition) (Like New) (9780077861896) Condition: Like New | Quantity: 1 | $19.99 Economy USPS Media Mail | + $3.17 |
| | | Remove \| | Save for later |
| Practical Research :Planning and Design (11th edition)(Like New) (9780133741322) Condition: Like New | Quantity: 1 | $34.99 Economy USPS Media Mail | FREE |
| | | Remove \| | Save for later |
| Looking Out, Looking In (15th edition) (Like New) (9781305076518) Condition: Like New | Quantity: 1 | $54.99 Economy USPS Media Mail | FREE |
| | | Remove \| | Save for later |
| Curriculum Leadership : Readings for Developing Quality Educational Programs by Condition: Like New | Quantity: 1 | $99.99 Economy USPS Media Mail | FREE |
| | | Remove \| | Save for later |

Subtotal (10 items): $544.83
Shipping to 20852-2443: $3.17

**Total: $548.00**

Continue shopping | Proceed to checkout

## Your saved items

**Did you know that you can save items from your cart to buy later?**

Just click "Save for later", and it'll be moved here. Remember, these items can still be purchased by other eBay members, so don't wait too long to buy.

About eBay    Announcements    Community    Security Center    Resolution Center    Seller Center    Policies    Affiliates
Help & Contact    Site Map

Copyright © 1995-2018 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies and AdChoice



**Checkout**

How do you like our checkout?
Tell us what you think

### Pay with

● kevin@oandzlaw.com
x-2240
Change

○ kevin@oandzlaw.com
$49.45 for 12 months.
Apply now. See terms

○ Credit or debit card

### Ship to

Kevin Bearden
4937 WYACONDA RD
ROCKVILLE, MD 20852-2443
United States
(240)xxxxx66
Change

### Review items and shipping

Seller: alejmor81 | Message to seller



Public Speaking : An Audience-Centered Approach (10th edition) (Like New)
$55.99

Quantity  [ 1 ▼ ]   Remove

**Delivery**
USPS Media Mail
**Free**

Implementing Change (4th edition) (Like New) (9780133351927)



Items (10)    $544.83
Shipping    $3.17

**Order total**    **$548.00**

[ Confirm and pay ]

See details



$90.00

Quantity  1  Remove

Delivery
USPS Media Mail
Free



Essentials of Intentional Interviewing (3rd edition)(Like New)(9781305087330)

$69.99

Quantity  1  Remove

Delivery
USPS Media Mail
Free



Looking Out, Looking In (15th edition) (Like New)  (9781305076518)

$54.99

Quantity  1  Remove

Delivery
USPS Media Mail
Free



Methods in Behavioral Research (12th edition)(Like New)(9780077861896)

$19.99

Quantity  1  Remove

Delivery
USPS Media Mail
$3.17



Practical Research :Planning and Design (11th edition)(Like New)(9780133741322)

$34.99

Quantity  1  Remove

Delivery
USPS Media Mail
Free



Program Evaluation : An Introduction (6th edition)(Like New)(9781305101968)

$29.00

Quantity   1   Remove

**Delivery**
USPS Media Mail
Free

Essentials of Negotiation (6th edition)(Like New)(9780077862466)

$39.99

Quantity   1   Remove

**Delivery**
USPS Media Mail
Free

Curriculum Leadership : Readings for Developing Quality Educational Programs by

$99.99

Quantity   1   Remove

**Delivery**
USPS Media Mail
Free

Social Work Macro Practice (6th edition)(Like New)(9780133948523)

$49.90

Quantity   1   Remove

**Delivery**
USPS Media Mail
Free

## Gift cards, coupons, eBay Bucks

Enter code:   Apply

## Donate to charity (optional) ⓘ
American Red Cross

Select amount

Copyright © 1995-2018 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies and AdChoice

