# SEYMOUR DECLARATION

*Cengage Learning, Inc., et al.*
*v.*
*Doe 1 d/b/a binghfran, et al.*

# EXHIBIT 3

Hi **Daniel**!      Sell    My eBay    4

| Search for anything | All Categories ⌄ |

Home > Community > Feedback forum > Feedback profile

# Feedback profile



**grigorinayma-0** ( 10 ⭐ )

**Positive Feedback (last 12 months): 91.7%**
[How is Feedback percentage calculated?]

Member since: Feb-16-18 in United States

**Member quick links**

Contact member
View items for sale
View ID history
View eBay My World

eBay MONEY BACK GUARANTEE
Get the item you ordered or get your money back.
Learn what's included

## Recent Feedback ratings
(last 12 months)

|  | 1 month | 6 months | 12 months |
|---|---|---|---|
| ➕ Positive | 0 | 12 | 12 |
| ⚪ Neutral | 0 | 0 | 0 |
| ➖ Negative | 0 | 1 | 1 |

## Detailed seller ratings  (last 12 months)

| Criteria | Average rating | Number of ratings |
|---|---|---|
| Item as described | ★★★★½ | 11 |
| Communication | ★★★★½ | 10 |
| Shipping time | ★★★★½ | 12 |
| Shipping and handling charges | ★★★★½ | 11 |

| Feedback as a seller | Search seller feedback | Feedback as a buyer | **All Feedback** | Feedback left for others |

**13 Feedback received**      **Revised Feedback: 0**

Show:   All  |  Positive (12)  |  Neutral (0)  |  **Negative** (1)  |  Withdrawn (0)      Period: [Past 12 months ⌄]

| Feedback | From | When |
|---|---|---|
| ➖ Counterfeit book! | Buyer: i***e ( 19 ⭐ ) | During past 6 months |
| Social Work Macro Practice by Steve L. McMurtry, F. Ellen Netting, M. Lori... (#232789375250) | US $38.00 | View Item |

Page 1 of 1      **1**

**What would you like to do next?**
Leave Feedback
Reply to Feedback received
Follow up to Feedback left

**Feedback Forum** | Discussion Boards | Groups | Answer Center | Chat Rooms | Community Values

About eBay    Announcements    Community    Security Center    Resolution Center    Seller Center    Policies    Affiliates    Help & Contact    Site Map

Copyright © 1995-2018 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies and AdChoice



# SmartPurchase123

**92% positive** in the last 12 months (12 ratings)

SmartPurchase123 is committed to providing each customer with the highest standard of customer service.

**Have a question for SmartPurchase123?**

Ask a question

## Feedback | Returns & Refunds | Shipping | Policies | Help

"Excellent condition"

By Sylvia Long on May 5, 2018.

"Was in even better condition then description let me believe. Was super happy!"

By lbritt on May 1, 2018.

"Book is brand new with torn plastic packaging only!!! So very happy. This book would have cost me $200 at school, and ending up being $40 through this seller. A..."

Read more

By Kimmie on April 29, 2018.

"As describe and delivered quickly."

By Rose on April 27, 2018.

"Beware both books received were counterfeit."

By Florence on April 12, 2018.

|  | 30 days | 90 days | 12 months | Lifetime |
|---|---|---|---|---|
| Positive | 100% | 100% | 92% | 92% |
| Neutral | 0% | 0% | 0% | 0% |
| Negative | 0% | 0% | 8% | 8% |
| Count | 2 | 4 | 12 | 12 |

Previous    Next

Leave seller feedback    Tell us what you think about this page

### Your recently viewed items and featured recommendations

Inspired by your browsing history                    Page 1 of 8



| Empowerment Series: Essential Research… | Interpersonal Process in Therapy: An… | Family Therapy: Concepts and Methods (11th… | Cognitive Behavior Therapy, Second… |
|---|---|---|---|
| Allen Rubin | Edward Teyber | Michael P. Nichols | › Judith S. Beck |
| 31 | 67 | 34 | 176 |
| Paperback | Hardcover | Hardcover | Hardcover |

### Related to items you viewed

   

| Contemporary Auditing | Ethics in Engineering | Pediatric Nurse Practitioner… | Auditing and Assurance Services (16th… |
|---|---|---|---|
| Michael C. Knapp | Mike W. Martin | JoAnne Silbert-Flagg | › Alvin A. Arens |
| 13 | 15 | 40 | 173 |
| Paperback | Paperback | Paperback | Hardcover |
| $78.95 | 53 offers from $48.00 | $76.20 | $244.18 |

  

| Publication Manual of the American Psychological… | Microeconomics | Bates' Guide to Physical Examination and… | |
|---|---|---|---|
| › American Psychological… | › Campbell R. McConnell | Lynn S. Bickley MD… | |
| 4,376 | 5 | 81 | |
| Paperback | Paperback | Hardcover | |
| $18.43 | $130.76 | $90.00 | |

You viewed          › View or edit your browsing history

Back to top

### Get to Know Us
Careers
Blog
About Amazon
Investor Relations
Amazon Devices

### Make Money with Us
Sell on Amazon
Sell Your Services on Amazon
Sell on Amazon Business
Sell Your Apps on Amazon
Become an Affiliate
Advertise Your Products
Self-Publish with Us
› See all

### Amazon Payment Products
Amazon Rewards Visa Signature Cards
Amazon.com Store Card
Amazon.com Corporate Credit Line
Shop with Points
Credit Card Marketplace
Reload Your Balance
Amazon Currency Converter

### Let Us Help You
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Amazon Assistant
Help

English   United States

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Amazon Music<br>Stream millions<br>of songs | Amazon Drive<br>Cloud storage<br>from Amazon | 6pm<br>Score deals<br>on fashion brands | AbeBooks<br>Books, art<br>& collectibles | ACX<br>Audiobook Publishing<br>Made Easy | Alexa<br>Actionable Analytics<br>for the Web | Amazon Business<br>Everything For<br>Your Business |
| AmazonFresh<br>Groceries & More<br>Right To Your Door | AmazonGlobal<br>Ship Orders<br>Internationally | Home Services<br>Handpicked Pros<br>Happiness Guarantee | Amazon Inspire<br>Digital Educational<br>Resources | Amazon Rapids<br>Fun stories for<br>kids on the go | Amazon Restaurants<br>Food delivery from<br>local restaurants | Amazon Web Services<br>Scalable Cloud<br>Computing Services |
| Audible<br>Download<br>Audiobooks | Book Depository<br>Books With Free<br>Delivery Worldwide | Box Office Mojo<br>Find Movie<br>Box Office Data | ComiXology<br>Thousands of<br>Digital Comics | CreateSpace<br>Indie Print Publishing<br>Made Easy | DPReview<br>Digital<br>Photography | East Dane<br>Designer Men's<br>Fashion |
| Fabric<br>Sewing, Quilting<br>& Knitting | Goodreads<br>Book reviews<br>& recommendations | IMDb<br>Movies, TV<br>& Celebrities | IMDbPro<br>Get Info Entertainment<br>Professionals Need | Junglee.com<br>Shop Online<br>in India | Kindle Direct Publishing<br>Indie Digital Publishing<br>Made Easy | Prime Now<br>FREE 2-Hour Delivery<br>on Everyday Items |
| Prime Photos<br>Unlimited Photo Storage<br>Free With Prime | Prime Video Direct<br>Video Distribution<br>Made Easy | Shopbop<br>Designer<br>Fashion Brands | TenMarks.com<br>Math Activities<br>for Kids & Schools | Amazon Warehouse<br>Great Deals on<br>Quality Used Products | Whole Foods Market<br>America's Healthiest<br>Grocery Store | Withoutabox<br>Submit to<br>Film Festivals |
| | Woot!<br>Deals and<br>Shenanigans | Zappos<br>Shoes &<br>Clothing | Souq.com<br>Shop Online in<br>the Middle East | Subscribe with Amazon<br>Discover & try<br>subscription services | | |

Conditions of Use   Privacy Notice   Interest-Based Ads   © 1996-2018, Amazon.com, Inc. or its affiliates