```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/14/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------X
CENGAGE LEARNING, INC., et al.,      :
                                     :
                      Petitioner,    :    18 Civ. 7382 (VM)
                                     :
     - against -                     :    **ORDER**
                                     :
DOE 1, et al.,                       :
                                     :
                      Respondents.   :
-----------------------------------X

**VICTOR MARRERO, United States District Judge.**

It is hereby ordered that the conference previously scheduled for December 18, 2020 at 10:00 a.m. is canceled.

**SO ORDERED.**

Dated:    New York, New York
          14 December 2020

*[signature]*

Victor Marrero
U.S.D.J.