USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/1/2021

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

CENGAGE LEARNING, INC.; MCGRAW-HILL GLOBAL EDUCATION HOLDINGS, LLC; PEARSON EDUCATION, INC.; and BEDFORD, FREEMAN & WORTH PUBLISHING GROUP, LLC,

                Plaintiffs,

- against -

OLEG IELISEVYCH; ROTISLAV SHAPIRO; GRIGORY NAYMAN; BLAKE KENNARD; PHIL MARQUIS; ALBERT COHEN SEDGH; SHAKEEL KHAN; BUYBACK EXPRESS INC.; ALLAN WALTER GRIESE; TIM KREJDOVSKY; SERGEI ORLOV; VIKTORIA ORLOVA (A/K/A VICTORIA RONK); ALEJANDRO MORALES PEREZ; SMART PURCHASE LLC; MICHAEL RUBIO; MIRIAM TURNER (A/K/A MIRIAM GARNER); and WIZE DEALZ, LLC.

                Defendants.

---

18-cv-7382 (VM)

**ORDER**

**VICTOR MARRERO, U.S.D.J.:**

Upon a review of the docket sheet in this matter, the Court finds that there are no more remaining Defendants in this action, and all counterclaims were withdrawn (Dkt. 62). It is accordingly hereby **ORDERED** that the Clerk of Court close this case.

**SO ORDERED.**

Dated:    New York, New York
            September 1, 2021

_____
Victor Marrero
U.S.D.J.